OPINION — AG — QUESTION: IS THERE ANY AUTHORITY PERMITTING EXPENDITURES FOR THE PURCHASE OF A SITE FOR A COUNTY LIBRARY, PAYMENT OF SALARIES OF PERSONNEL EMPLOYED FOR THE OPERATION OF A COUNTY LIBRARY, AND THE PURCHASE OF BOOKS FOR A COUNTY LIBRARY, FROM THE COUNTY GENERAL FUND IN A COUNTY HAVING A POPULATION OF 10,848. — YES CITE: 62 O.S. 1961 331 [62-331], 65 O.S. 1961 61 [65-61], ARTICLE X, SECTION 9, 65 O.S. 1961 81-83 [65-81-83] (TERRY SHIPLEY)